UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUSTIN SCOTT COFFEY,

    Petitioner,

v.

WARDEN R. MARQUEZ,

    Respondent.

Case No. 18-cv-204 (JNE/BRT)

ORDER

This matter is before the Court on a Report and Recommendation issued by United States Magistrate Judge Becky R. Thorson on April 2, 2018. Justin Scott Coffey filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that the Bureau of Prisons did not follow the factors enumerated in 18 U.S.C. § 3621(b) when it adjusted the date of his pre-release placement in a residential reentry center. The Magistrate Judge recommended dismissing the petition for lack of subject matter jurisdiction or, in the alternative, denying the petition on the merits. No objections to the Report and Recommendation were received.

Based upon the Report and Recommendation, along with all of the files, records and proceedings herein, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 7, 2018              **s/ Joan N. Ericksen**
                                   JOAN N. ERICKSEN
                                   United States District Judge